IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Iwuajoku,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Unifund CCR, LLC,<br><br>　　　　Defendant. | No. CV-13-02127-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 22), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation for Dismissal with Prejudice (Doc. 22).

IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-entitled action with prejudice, each party to bear their own attorney's fees and costs.

DATED this 13th day of February, 2014.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　United States District Judge